# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: ) | |
| ) | |
| Allison Godchaux, *Debtor(s)* ) | |
| ) | Case No. 10-23043-rdb |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan ) | |
| servicing agent for *Creditor* ) | Chapter: 7 |
| ) | |
| vs. ) | |
| ) | |
| Allison Godchaux, *Debtor(s)* ) | |
| ) | |
| and ) | |
| ) | |
| Christopher J. Redmond, *Trustee* ) | |
| ) | |

### MOTION FOR *IN REM* RELIEF FROM THE AUTOMATIC STAY

U.S. Bank, N.A., by US Bank Home Mortgage, its successors or assigns, ("Creditor"), in support of its motion, states as follows:

1. Creditor files this motion under Rules 4001 and 9014, Rules of Bankruptcy Procedure. On August 31, 2010, Debtor(s) filed a Petition for Adjustment of Debts under Chapter 7 of the Bankruptcy Code wherein Creditor was listed as a secured creditor as to real property of Debtor(s).

2. Jurisdiction is invoked in the District Court under 28 U.S.C. §1334(a) and 28 U.S.C. §1471(a) and jurisdiction is proper in this Court pursuant to 28 U.S.C. §1408(1) and §157(b)(2)(G). This is a core proceeding.

3. Allison Godchaux ("Debtor(s)") resides at 4855 Dearborn Street, Mission, KS 66202.

4. Christopher J. Redmond is the Trustee duly appointed by law ("Trustee").

5. On June 24, 2005, the Debtors executed a Promissory Note (the "Note") in the original amount of $158,695.00 due in accordance with its terms. A copy of the Note is attached

as Exhibit "A".

6. Contemporaneously with the execution of the Note, Debtor(s) executed a mortgage (the "Mortgage") to secure repayment of the Note.

7. The Mortgage was filed for record with the Register of Deeds of Johnson County, Kansas, on June 28, 2005, in Book No. 200506, at Page 012721. A copy of the Mortgage is attached as Exhibit "B".

8. The Mortgage encumbers property legally described as follows:

**The South 95 feet of Lot 6, Jessup's 2nd Subdivision, as measured along South Lot line, City of Mission, Johnson County, Kansas, according to the recorded plat thereof**, commonly known as 4855 Dearborn Street, Mission, KS 66202 (the "Property").

9. Creditor is entitled to enforce the Note and the Mortgage.

10. Creditor does not have an independent estimate of the value of the property, but notes that it is both appraised for tax purposes by the county, and scheduled by the Debtor at $158,300.00.

11. Debtor(s) claimed the Property as exempt under 11 U.S.C. §522.

12. Prior to the filing of this bankruptcy case, there was a pending foreclosure action in Johnson County, Kansas District Court. A Petition was filed on August 16, 2010 in case number 10CV07314.

13. Debtor(s) failed to make the installment payments as they became due under the terms of the Note and the Mortgage.

14. The approximate balance due on the Note is in the amount of $692,983.14, an exact payoff is available upon request of an appropriate party.

15. The following amounts are now due and owing:

| DESCRIPTION | AMOUNT |
|---|---|
| (8) Late Payments @ $1,289.57 (8/09 – 3/10) | $10,316.56 |
| (7) Late Payments @ $1,358.86 (4/10 – 10/10) | $9,512.02 |
| Accrued Late Charges | $412.64 |
| Property Inspections | $120.00 |
| BPO | $125.00 |
| Foreclosure Fees & Costs | $1,148.50 |
| Suspense Balance | -$1,210.43 |
| Total | $20,424.29 |

16. These amounts due and owing are in addition to any amounts that may have come due after the filing of this Motion in accordance with the terms of the Note and the Mortgage.

17. Debtor(s) failed to cure the delinquency and the estate lacks sufficient assets from which the delinquency can be cured. Creditor's interest in the real property lacks adequate protection.

18. Debtor(s) have materially defaulted with respect to payment of Creditor's secured claim and has caused unreasonable delay, which is prejudicial to this creditor.

**WHEREFORE**, Creditor, its successors or assigns, respectfully requests it be granted *in rem* relief from the automatic stay of 11 U.S.C. §362 to enforce the Note and the Mortgage and applicable non-bankruptcy laws; authorizing Creditor to pursue its state court remedies for possession of the subject real estate; and for such other relief as set forth in the motion as specifically prayed for, and further relief as the Court deems proper.

SOUTH & ASSOCIATES, P.C.
   s/Steven L. Crouch
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this October 11, 2010, with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Allison M. Godchaux
4855 Dearborn Street
Mission, KS 66202
**DEBTOR**

Teresa M. Kidd
Law Office of Teresa M. Kidd
P.O. Box 860451
Shawnee, KS 66286
**ATTORNEY FOR DEBTOR**

Christopher J. Redmond
4801 Main Street
Suite 1000
Kansas City, MO 64112
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**U.S. TRUSTEE**

  s/Steven L. Crouch
Steven L. Crouch
Wendee Elliott-Clement
**ATTORNEYS FOR CREDITOR**