The relief described hereinbelow is SO ORDERED.

Signed November 04, 2010.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: | ) |
| | ) |
| Allison Godchaux, *Debtor(s)* | ) |
| | ) Case No. 10-23043-rdb |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan servicing agent for *Creditor* | ) |
| | ) Chapter: 7 |
| | ) |
| vs. | ) |
| | ) |
| Allison Godchaux, *Debtor(s)* | ) |
| | ) |
| and | ) |
| | ) |
| Christopher J. Redmond, *Trustee* | ) |
| | ) |

### ORDER GRANTING *IN REM* RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., by US Bank Home Mortgage, its successors or assigns ("Creditor"), for its Motion for *In Rem* Relief. Notice with Opportunity of Hearing on the motion was properly given, no timely objections were filed, and no hearing was held on the matter.

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Allison Godchaux
Case No. 10-23043-rdb
Chapter 7
Order Granting Relief From Stay
Page 2

**IT IS THEREFORE BY THE COURT ORDERED** that said Motion be and it is hereby GRANTED, in that Creditor, its successors or assigns, is hereby authorized to foreclose the lien of its mortgage as to the real property legally described as

> **The South 95 feet of Lot 6, Jessup's 2nd Subdivision, as measured along South Lot line, City of Mission, Johnson County, Kansas, according to the recorded plat thereof,** commonly known as 4855 Dearborn Street, Mission, KS 66202, (the "Property")

**IT IS FURTHER ORDERED**, that Creditor, its successors or assigns, is hereby authorized to pursue its state court remedies *in rem* to recover possession of the aforesaid real estate in accordance with the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. Section 362 are hereby terminated.

**IT IS SO ORDERED.**

###

SOUTH & ASSOCIATES, P.C.
 *s/ Steven L. Crouch*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**